LEÓN, DEMANDANTE Y APELADO, *v.* ALVARADO, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce, en juicio sobre desahucio.

No. 1568.—Resuelto en enero 16, 1917.

DESAHUCIO—APRECIACIÓN DE LAS PRUEBAS—TÍTULO DEL DEMANDANTE.—En este caso el demandado apelante señaló como error de la corte inferior, aunque sin argumentarlo, indebida apreciación de la prueba y se resolvió que no existía tal error por cuanto se demostró claramente y sin contradicción que el demandante y apelado había adquirido la finca a título de adjudicación en pleito seguido entre las mismas partes, y que todavía la estaba ocupando el demandado sin pagar canon alguno por ella.

ID.—NULIDAD DE TÍTULO—DESALOJO Y LANZAMIENTO DEL DEMANDADO.—El hecho de que el demandado en un juicio de desahucio haya pedido la nulidad del pleito que produjo la venta y adjudicación al demandante de la finca objeto del desahucio, no es motivo para declarar que el demandante no tenga título suficiente para obtener sentencia favorable, porque mientras no se anule el juicio y la venta, su título es válido, seguirá siendo el dueño, y como tal con derecho a que el demandado desocupe la finca.

ID.—NULIDAD DE TÍTULO—CUESTIÓN QUE NO PUEDE RESOLVERSE EN EL JUICIO DE DESAHUCIO.—La cuestión de si el título del demandante adolece de nulidad que impida ejercitar los derechos que del mismo se dimanan, no puede resolverse en un juicio sumario y especial como es el de desahucio, en que solamente se trata el derecho que para despedir al que ocupa la finca tiene el que por el momento aparece dueño y poseedor de ella.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Carlos Brunet del Valle.*

El apelado compareció en nombre propio.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Como consecuencia de un pleito seguido por Sergio León Lugo contra Jaime Alvarado y de la sentencia en él recaída, fué adjudicada al primero por el Márshal de la Corte Municipal de Juana Díaz una casa propiedad del segundo, y establecido subsiguientemente juicio de desahucio recayó sentencia ordenando el desalojo y lanzamiento de ella contra lo cual interpuso Alvarado este recurso de apelación en el que señala como errores de la corte inferior, aunque no los argumenta, que ésta apreció la prueba indebidamente y que estimó que la materia nueva de defensa por él alegada no era suficiente para evitar que se declarara con lugar la demanda.

En cuanto al primer señalamiento de error debemos declarar que no existe porque toda la prueba demuestra claramente y sin contradicción, que el apelado adquirió la casa en cuestión por título de adjudicación en el pleito referido y que todavía está ocupándola el apelante sin pagar canon alguno por ella.

En cuanto al segundo, el hecho de que el apelante ha pedido la nulidad del juicio que produjo la venta y adjudicación de la casa no es motivo para declarar que León Lugo no tenga un título suficiente para obtener sentencia favorable en un juicio por desahucio porque mientras no se anule el juicio y la venta es válido el título del demandante, seguirá siendo el dueño y como tal tiene derecho a que el apelante desocupe la casa en cuestión. Declarar que la reclamación de nulidad de un título impide ejercitar los derechos que del mismo dimanan equivaldría a resolver en el juicio de desahucio que dicho título adolece de los vicios en que se basa la nulidad pretendida, cuestión ésta que no puede ser apreciada ni resolverse en un juicio sumario y especial como es el de desahucio en el que sólo se trata del derecho que para despedir al que ocupa la finca tiene el que por el momento aparece dueño y poseedor de ella.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.